FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

APR 11 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ADAM COLEMAN,<br><br>  Defendant. | CASE NO.: 3:11-CR00034-RCJ-WGC<br><br>**CONSENT OF DEFENDANT** |

Defendant, **ADAM COLEMAN**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal procedure.

_____
Defendant

_____               _____
Counsel for Defendant                    Assistant U.S. Attorney

DATED: This __11__ day of April, 2012.

APPROVED: _____
ROBERT C. JONES
United States Chief Judge