```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

        JUN 1 3 2012

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 3:11-CR-034-RCJ (RAM) |
| ADAM COLEMAN, ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 11, 2012, defendant ADAM COLEMAN pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). (Indictment, ECF No. 1; Plea Memorandum, ECF No. 28; Change of Plea, ECF No 31).

This Court finds defendant ADAM COLEMAN agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment. (Indictment, ECF No. 1; Plea Memorandum, ECF No. 28; Change of Plea, ECF No 31).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant ADAM COLEMAN pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    1.    a Ruger, 22 caliber semi-automatic pistol, serial number 66447; and

1     2.    any and all ammunition ("property").

2   This Court finds the United States of America is now entitled to, and should, reduce the

3 aforementioned property to the possession of the United States of America.

4   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

5 United States of America should seize the aforementioned property.

6   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

7 ADAM COLEMAN in the aforementioned property is forfeited and is vested in the United States

8 of America and shall be safely held by the United States of America until further order of the Court.

9   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

12 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

13 the name and contact information for the government attorney to be served with the petition,

14 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

16 with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South

17 Virginia Street, 3rd Floor, Reno, NV 89501.

18   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

19 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

20 following address at the time of filing:

21       Greg Addington
          Assistant United States Attorney
22       100 West Liberty Street, Suite 600
          Reno, NV 89501

23 . . .

24 . . .

25 . . .

26 . . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3  following publication of notice of seizure and intent to administratively forfeit the above-described
4  property.
5  DATED this _12_ day of _JUNE_, 2012.

_____
UNITED STATES DISTRICT JUDGE