___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

AUG 2 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,              )
                                    )
    v.                              )        3:11-CR-034-RCJ (WGC)
                                    )
ADAM COLEMAN,                       )
                                    )
        Defendant.              )

### FINAL ORDER OF FORFEITURE

On June 13, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ADAM COLEMAN to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant ADAM COLEMAN pled guilty. Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 28; Change of Plea Minutes, ECF No. 31; Preliminary Order of Forfeiture, ECF No. 35.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 15, 2012, through July 14, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 39.

. . .

Case 3:11-cr-00034-RCJ-WGC Document 43 Filed 08/15/12 Page 2 of 2

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the

2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time

4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

9   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

10  law:

11          1.      a Ruger, 22 caliber semi-automatic pistol, serial number 66447; and

12          2.      any and all ammunition.

13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

14  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

15  as any income derived as a result of the United States of America's management of any property

16  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

17  according to law.

18  The Clerk is hereby directed to send copies of this Order to all counsel of record and three

19  certified copies to the United States Attorney's Office.

20  DATED this ____20____ day of ____August____, 2012.

21

22                                  UNITED STATES DISTRICT JUDGE

23

24

25

26